No. 634, Misc. GOODCHILD v. WISCONSIN. Supreme Court of Wisconsin. Certiorari denied.

No. 651, Misc. GIORDANO v. OHIO ET AL. Supreme Court of Ohio. Certiorari denied.

No. 669, Misc. TENNESSEE EX REL. JOHNSON v. LLEWELLYN, WARDEN. Supreme Court of Tennessee. Certiorari denied. *Hugh C. Simpson* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Nat Tipton* for respondent.

No. 678, Misc. HENDERSON v. THOMPSON, PRESIDING JUDGE, BOONE COUNTY CIRCUIT COURT. Supreme Court of Indiana. Certiorari denied.

No. 685, Misc. ECKERT v. OKLAHOMA. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 312. UNITED STATES v. OHIO POWER CO., 350 U. S. 862. The motion for leave to file a second petition for rehearing is denied.

No. 95. GRIFFIN ET AL. v. ILLINOIS, *ante,* p. 12;
No. 679. PALMER ET UX. v. UNITED STATES, 350 U. S. 996;
No. 699. UNITED STATES v. WHITE BEAR BREWING Co., INC., ET AL., 350 U. S. 1010; and
No. 564, Misc. BURNS v. UNITED STATES, *ante,* p. 910. Petitions for rehearing denied.